John P. Kuder
Appearing Pro Hac Vice
Florida Bar No.: 119443
**SELLERS SKIEVASKI & Kuder LLP**
331 E. Romana Street
Pensacola, FL 32502
Telephone: 850-434-3111
Email: kuderj@bellsouth.net
Attorney for Plaintiffs

Artice L. McGraw
Appearing Pro Hac Vice
Florida Bar No.: 112267
**ARTICE MCGRAW, PA**
917 N. 12th Avenue
Pensacola, FL 32501
Telephone: 850-438-4036
E-mail: articelmcgraw@articemcgraw.com
Attorney for Plaintiffs

Michael J. Melkersen
Appearing Pro Hac Vice
Virginia Bar No.: 69828
**THE LAW OFFICES OF
MICHAEL J. MELKERSEN, P.C**
9633 S. Congress Street
New Market, Virginia 22844
Telephone: (540) 740-3937
Facsimile: (540) 740-8851
Email: mike@mlawpc.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **LEAD CASE NO. 3:17-md-02777-EMC**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)**<br><br>Honorable Edward M. Chen |
| *This Document Relates to Individual Case Number:*<br>3:19-CV-00653-EMC<br>_____ | |

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a), the following Plaintiffs hereby dismiss with prejudice their claims against all Defendants herein:

**NDCA Case Number:** 3:19-CV-00653-EMC
**Name:** Doris and Virgil Brown (current owners)
**Model and Year:** 2015 Dodge Ram 1500
**VIN#:** 1C6RR7PM9FS589245

This notice of dismissal is being filed with the Court before service by Defendants of either an answer or motion for summary judgment. The above Plaintiffs are dismissing only as to themselves in Case Number 3:19-cv-00653-EMC.

The remaining Plaintiffs in Case Number 3:19-cv-00653-EMC continue their actions against all Defendants herein.

DATED:  June 11, 2020

/s/ John P. Kuder
John P. Kuder
**SELLERS SKIEVASKI KUDER LLP**
331 E. Romana Street
Pensacola, FL  32502
Telephone:  850-434-3111
kuderj@bellsouth.net
Attorney for Plaintiffs

/s/ Artice L. McGraw
Artice L. McGraw
**ARTICE L. MCGRAW, PA**
917 N. 12th Avenue
Pensacola, FL  32501
Telephone:  850-438-4036
articelmcgraw@articemcgraw.com
Attorney for Plaintiffs

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 6/15/2020

/s/ Michael J. Melkersen
Michael J. Melkersen
**THE LAW OFFICES OF MICHAEL J. MELKERSEN, P.C**
9633 S. Congress Street
New Market, Virginia 22844
Telephone: (540) 740-3937
Email: mike@mlawpc.com
Attorney for Plaintiffs